JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG H. YI,<br>        Plaintiff,<br>    v.<br>**CAROLYN W. COLVIN**, Acting Commissioner of Social Security,<br>        Defendant.<br>_____ | ) NO. EDCV 15-2270-KS<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: October 3, 2016

                                              _____
                                              KAREN L. STEVENSON
                                         UNITED STATES MAGISTRATE JUDGE