# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG H. YI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security<br><br>　　　　Defendant. | NO. EDCV 15-2270-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act ("Stipulation") (Dkt. No. 24), which was filed on February 23, 2017, IT IS HEREBY ORDERED that:

(1) fees in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412 shall be awarded, subject to the terms of the Stipulation; and

\\

\\

\\

---

[1] The Court notes that Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Nancy A. Berryhill for Carolyn W. Colvin as the defendant in this action.

1

(2) Plaintiff's January 3, 2017 Petition for Attorney Fees, Costs, and Expenses (Dkt. No. 22) is DENIED as moot.

DATED: February 24, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE